|   |   |
|---|---|
| | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUE WANG,<br><br>               Plaintiff,<br><br>   v.<br><br>MONTEREY PARK POLICE PARK DEPARTMENT, *et al.*,<br><br>              Defendants. | Case No. 2:24-cv-02358-FLA (DFMx)<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE** |

1

On March 22, 2024, Defendant City of Monterey Park ("City") removed this action from the Los Angeles Superior Court. Dkt. 1. In its Notice of Removal, the City stated on information and belief that Defendants Peter Palomino, Connor Crabtree, and Cang Sou had not been served, *id.* ¶ 5; *see also* Dkt. 1-1 (Compl.), and attached a document from the Los Angeles Superior Court that ordered Plaintiff to appear for an Order to Show Cause Hearing for failure to file a proof of service, Dkt. 1-2. Additionally, Plaintiff has not filed proofs of service as to any of these defendants. On March 29, 2024, the City filed a Motion to Dismiss the Complaint ("MTD"). Dkt. 13. Plaintiff did not timely file an opposition. *See* Local Rule 7-9.

The court, therefore, ORDERS Plaintiff to SHOW CAUSE in writing by May 29, 2024, why the court should not dismiss Peter Palomino, Connor Crabtree, and Cang Sou from this action for lack of prosecution, *see* Fed. R. Civ. P. 41(b), and why the court should not dismiss the City from this action given Plaintiff's failure to oppose the City's MTD. Plaintiff's filing of an opposition to the MTD shall be deemed a sufficient response as to the City.[1] Plaintiff's failure to respond may result in dismissal of this action without further notice.

IT IS SO ORDERED.

Dated: May 9, 2024

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

---

[1] If Plaintiff files an opposition to the Motion, the City is authorized to file a reply by June 5, 2024.

2